UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE CUYAHOGA VALLEY RAILWAY COMPANY, et al., | ) ) ) | CASE NO. 5:10CV1576 |
| PLAINTIFFS, | ) ) ) | JUDGE SARA LIOI |
| vs. | ) ) | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, et al., | ) ) ) | **JUDGMENT ENTRY** |
| DEFENDANTS. | ) ) | |

For the reasons set forth in the Order issued on February 8, 2012 (Doc. No. 47), granting plaintiffs' motion to enforce settlement agreement, and pursuant to the parties' request in their joint status report (Doc. No. 51), it is hereby **ORDERED, ADJUDGED and DECREED** that the Order of February 8, 2012 is a final order and this case is **DISMISSED**.

Dated: February 21, 2012

                                       **HONORABLE SARA LIOI**
                                       **UNITED STATES DISTRICT JUDGE**